UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT EARLE JOHNSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROY GONZALES, ROBERT LONG and VICTORIA TAPIA,<br><br>                    Defendants. | No.  4:15-cv-05034-EFS<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

   BEFORE THE COURT is Plaintiff's Motion for Extension of Time to Amend Complaint, ECF No. 8.  Plaintiff a prisoner at the Coyote Ridge Corrections Center (CRCC), is proceding *pro se* and *in forma pauperis;* Defendants have not been served.  Plaintiff's motion is noted for hearing on August 21, 2015, but was heard without oral argument on the date signed below.

   By Order filed June 3, 2015, the Court advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty (60) days. Plaintiff timely filed his motion seeking an additional sixty days to comply with the Court's directive.

    The decision to grant an extension of time is discretionary with the Court. Fed. R. Civ. P. 6(b). Plaintiff indicates that he is attempting to retain counsel and seeks the additional time to present

ORDER GRANTING MOTION FOR EXTENSION OF TIME -- 1

a more cogent amended complaint. For good cause shown, **IT IS ORDERED** Plaintiff's Motion, **ECF No. 8**, is **GRANTED.** Plaintiff shall file his First Amended Complaint, or Motion to Voluntarily Dismiss, on or before **October 2, 2015.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff and SET A CASE MANAGEMENT DEADLINE ACCORDINGLY. The District Court Executive is further directed to terminate the motion hearing set for August 21, 2015.

**DATED** this  18th  day of August 2015.

>                    s/Edward F. Shea
>                    EDWARD F. SHEA
>          Senior United States District Judge