AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ROBERT EARLE JOHNSON,

*Plaintiff*

v.

ROY GONZALES, VICTORIA TAPIA, and AMANDA WESTPHAL,

*Defendant*

Civil Action No. 4:15-CV-5034-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The First Amended Complaint is dismissed with prejudice under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1) pursuant to the Order Denying Motion and Dismissing First Amended Complaint filed October 16, 2015, ECF No. 12.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea

Date: 10/16/2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas